IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NO. 09-636-1 |
| v. : | |
| : | CIVIL ACTION NO. 16-3501 |
| THOMAS JACKSON : | |

## ORDER

AND NOW, this 24th day of March, 2022, upon consideration of Defendant, Thomas Jackson's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, Jackson's Memorandum of Law, and the Government's Response, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion (Document No. 139), is GRANTED, Defendant's Sentence is VACATED and Defendant shall be re-sentenced.

IT IS FURTHER ORDERED that Defense counsel and counsel for the Government shall promptly contact the undersigned's Deputy Clerk to schedule re-sentencing proceedings in this matter.

BY THE COURT:

/s/ Juan R. Sánchez

_____
Juan R. Sánchez,         C.J.